RECEIVED
IN LAKE CHARLES, LA
MAY 12 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| RONNIE HACK | : | DOCKET NO. 09-413 |
| VS. | : | JUDGE TRIMBLE |
| CORRECTION CORP OF AMERICA OF TENNESSEE LLC, ET AL | : | MAGISTRATE JUDGE KIRK |

## ORDER

Before the Court is a "Motion for Recusal of Magistrate Judge Kirk" (doc. #6) wherein the Plaintiff seeks to recuse the Magistrate Judge because he allegedly refused to allow Plaintiff to amend his complaint. The Court notes that the Amended Complaint (doc. #4) has been filed into the record as of March 25, 2009. The Amended Complaint was not filed pursuant to a motion. Furthermore, it was not necessary for the Magistrate Judge to rule on a motion to amend because the amended complaint was automatically filed into the record.[1] Finding no basis in law or fact to recuse the Magistrate Judge, it is

**ORDERED** that the motion to recuse is hereby **DENIED**.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, this 12th day of May, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Rule 15 of the Rules of Civil Procedure provides that a party may amend a complaint before being served with a responsive pleading. In the instant case, no responsive pleadings have been filed, thus no leave of court is required.