RECEIVED
IN ALEXANDRIA, LA.

JUN 1 9 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RONNIE HACK | CIVIL ACTION NO. 09-413-A |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE, JR. |
| CORRECTIONS CORPORATION OF AMERICA, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiff's claim is DENIED and DISMISSED WITH PREJUDICE as frivolous under 28 U.S.C. §1915(e)(2)(B).

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 19th day of June 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE